SHATTUCK v. BUEK. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Le Forest Shattuck against Charles Buek. No opinion. Application granted. Order signed. See, also, 77 Misc. Rep. 95, 136 N. Y. Supp. 103.

SHAW v. SHAW. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Gertrude L. Shaw against William Barrett Shaw and Lottie Goodman, an infant, etc. No opinion. Motion denied, without costs. See, also, 141 N. Y. Supp. 425.

SHEPARD, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. May 2, 1913.) Action by Frederic W. Shepard against the City of New York. E. S. Brownson, Jr., of New York City, for appellant. C. J. Nehrbas, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 154 App. Div. 896, 138 N. Y. Supp. 1142.

In re SIMMONS et al. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) In the matter of the application and petition of J. Edward Simmons and others, etc.; Hill View Reservoir, Section No. 2. Eighth separate report. No opinion. Motion granted, without costs.

SIMON, Respondent, v. ETGEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Henrietta Simon against Julius Etgen and others, executors, etc., of William H. Burgess, deceased.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 152 App. Div. 399, 137 N. Y. Supp. 369; 141 N. Y. Supp. 1146.

CARR, J., dissents only as to the allowance of interest.

SIMON, Respondent, v. ETGEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 9, 1913.) Action by Henrietta Simon against Julius Etgen and others, as executors, etc., of William H. Burgess, deceased. No opinion. Motion to resettle order granted, without costs. See, also, 141 N. Y. Supp. 1146.

SIMONS et al., Respondents, v. CHATEAU REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Isaac Simons and another against the Chateau Realty Company, impleaded with others. F. Bien, of New York City, for appellant. S. Rothschild, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

SIRE, Appellant, v. SHUBERT, Respondent. (Supreme Court, Appellate Division, First De-

partment. April 25, 1913.) Action by Henry B. Sire against Lee Shubert. F. Bien, of New York City, for appellant. W. Klein, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 140 N. Y. Supp. 841.

SJOSTROM, Appellant, v. WESTCHESTER LIGHTING CO., Respondent. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by P. Robert G. Sjostrom, as administrator, etc., of Emma I. Sjostrom, deceased, against the Westchester Lighting Company. No opinion. Judgment affirmed, with costs.

SKELLY et al., Respondents, v. MORTIMER, Appellant. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Genevieve C. Skelly and others against Mary A. Mortimer. A. I. Elkus, of New York City, for appellant. R. H. Clarke, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 154 App. Div. 921, 138 N. Y. Supp. 1100.

SKIDMORE et al. v. MYERS. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by George Skidmore and others against Frederick S. Myers, as executor. No opinion. Motion granted, as indicated in memorandum per curiam. Settle order on notice.

SLABEYKO, Respondent, v. AMERICAN MFG. CO., Appellant. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Alexander Slabeyko against the American Manufacturing Company. T. F. Magner, of Brooklyn, for appellant. J. M. Nolan, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re SMITH. (Supreme Court, Appellate Division, First Department. May 16, 1913.) In the matter of George V. Smith. No opinion. Referred to official referee. Settle order on notice.

SMITH et al., Appellants, v. BARTLETT, Respondent. (Supreme Court, Appellate Division, Second Department. April 25, 1913.) Action by William E. T. Smith and others against John J. Bartlett.

PER CURIAM. Motion for leave to appeal to the Court of Appeals, and to resettle order, denied. See, also, 140 N. Y. Supp. 1146.

STAPLETON, J., taking no part.

SMITH, Respondent, v. EXCELSIOR BREWING CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Charles Smith against the Excelsior Brewing Company.

PER CURIAM. Motion granted, on condition that the defendant perfect its appeal, place